| PROB 22 | | DOCKET NUMBER *(Trans Court)* |
|---|---|---|
| | | 0754 3:13CR30103-001 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | 2:20-cr-178-APG-EJY |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASE | DISTRICT | DIVISION / OFFICE |
|---|---|---|
| Michael Patrick Sullivan Jr.<br>Las Vegas, NV  89178 | Southern District Of Illinois | East St. Louis |
| | NAME OF ASSIGNED JUDGE<br>Honorable   Nancy J. Rosenstengel, Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE  FROM September 18, 2019 | TO September 18, 2024 |

FILED ENTERED
COUNSEL/PARTIES OF RECORD
RECEIVED SERVED ON
JUL 2 2 2020
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

| OFFENSE |
|---|
| 18 U.S.C. § 1349 and 18 U.S.C.§ 2326(1) - Conspiracy to Commit Mail and Wire Fraud in Connection with Telemarketing |

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF NEVADA upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this  court.*

| April 24, 2020 | *[signature: Nancy J. Rosenstengel]* |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 7/23/2020 | *[signature]* |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |